**Order filed December 3, 2019.**



In The

# Fourteenth Court of Appeals
————————

## NO. 14-18-00220-CV
————————

**MEHMET OKUMUS AND SENOL OKUMUS, Appellants**

**V.**

**GARY J. MOUTON, Appellee**

---

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2015-10370**

---

## ORDER

The exhibits admitted into evidence at trial, on July 6, 2017, have not been filed in this court. We issue the following order. *See* Tex. R. App. P. 34.6(d).

We order Alexandra Lindsey McDaniel, the official court reporter, to file the exhibits that were admitted at trial **within 10 days** of the date of this order.

PER CURIAM

Panel consists of Justices Christopher, Jewell and Bourliot.